IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GAIL STEPHENS                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:04CV226

MISSISSIPPI UNIVERSITY
FOR WOMEN                                                                     DEFENDANT

## ORDER

In accord with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendant's motion for summary judgment is **GRANTED IN PART** and

**DENIED IN PART**.  The motion is granted as to the plaintiff's claims regarding a faculty

appointment, admissions and financial aid supervision, and a teaching position.  The motion is

denied as to the remaining claims.

This, the 30th day of December, 2005.


   */s/ Neal Biggers*
**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**